427 A.2d 1220

Commonwealth v. Midgett, Appellant.

Reargument Denied June 23, 1980.

* Judge Donald E. Wieand is sitting by special designation.

* Judge Donald E. Wieand is sitting by special designation.

Submitted June 29, 1979.

Burton A. Rose, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WIEAND and LOUIK, JJ.*

Judgments of sentence affirmed.